**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Frank Longo,<br><br>Plaintiff(s),<br><br>v.<br><br>Martin O'Malley,<br><br>Defendant(s). | Case No. 23 C 2852<br>Judge Daniel P. McLaughlin |

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s) .

Defendant(s) shall recover costs from plaintiff(s).

---

X other: Plaintiff's motion for summary judgment [11] is denied, and Defendant's cross-motion for summary judgment [18] is granted. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
X decided by Judge Daniel P. McLaughlin on Plaintiff's motion for summary judgment [11] is denied, and Defendant's cross-motion for summary judgment [18] is granted.

Date: 1/16/2025

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk